CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 0 1 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| RICHARD H. ROSE, JR., <br> JULIA ROSE, d/b/a <br> RIVANNA RIVER AND CANAL RESERVE, <br><br> *Plaintiffs,* <br><br> v. <br><br> BOARD OF SUPERVISORS OF FLUVANNA COUNTY, VIRGINIA, <br><br> *Defendant.* | CIVIL ACTION NO. 3:03-CV-00087 <br><br><br> ORDER <br><br><br><br> JUDGE NORMAN K. MOON |

Before the Court is Defendant's Motion for Summary Judgment. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED

that Defendants' Motion for Summary Judgment shall be, and it hereby is, GRANTED. All actions in the above-captioned case shall be STRICKEN from the active docket of the Court.

The Clerk of the Court hereby is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

2-1-06
Date